UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LOGAN BACHSTEIN,**

      **Plaintiff,**

v.                                                    **Case No:  6:19-cv-1484-Orl-41LRH**

**DISCORD, INC.,**

      **Defendant.**

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 22).  The report indicates that the parties have not yet agreed on a mediator.  Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before November 27, 2019.

**DONE** and **ORDERED** in Orlando, Florida on November 13, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

Page **1** of **1**